**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50590 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-00026-L |
| v. | |
| ODILION SALGADO-CASTANEDA, a.k.a. Odilon Salgado-Castaneda, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
M. James Lorenz, District Judge, Presiding

Submitted August 11, 2011[**]

Before: THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

Odilion Salgado-Castaneda appeals from the eight-month sentence imposed

upon the revocation of supervised release.

Salgado-Castaneda has completed his custodial sentence and no additional

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

term of supervision was imposed.  This court ordered appellant to move for voluntary dismissal, or show cause why the appeal should not be dismissed for lack of jurisdiction.  To date, counsel has not responded.  Accordingly, Salgado-Castaneda's appeal from the sentence is dismissed as moot.  *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

    **DISMISSED.**